MEMORANDUM OPINION

 

No. 04-11-00230-CV

 

IN THE INTEREST OF
L.M.B. and E.S.B., Children

 

From the 37th
Judicial District Court, Bexar County, Texas

Trial Court No. 2002-CI-09082

Honorable Victor Hugo
Negron Jr., Judge Presiding

 

PER CURIAM

 

Sitting:          Catherine Stone,
Chief Justice

                     Karen
Angelini, Justice

                     Sandee
Bryan Marion, Justice

 

Delivered and
Filed:  June 22, 2011

 

DISMISSED

 

Appellant has filed a notice
of nonsuit which the court construes as a motion to dismiss this appeal.  The
motion contains a certificate of service to appellee, who has not opposed the
motion.  Therefore, we grant the motion and dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1).  Costs of
the appeal are taxed against appellant.

PER
CURIAM